In the Matter of Estate of Jeremiah Collins, Incompetent; Daniel J. Collins and Harry M. Collins, Petitioners-Appellants, v. Mary E. C. O'Hara et al., Respondents-Appellees.

Gen. No. 46,252.   (Abstract of Decision.)

Petit, Olin, Overmyer & Fazio, and Melville Mucklestone, for appellants; Peter V. Fazio, David A. Wallace, and Stephen A. Malato, of counsel; John J. Enright, for appellees; Eckert, Peterson & Lowry, Owen Rall, and Herbert C. Loth, Jr., of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

